United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL PILOT SERVICE,<br>Plaintiff,<br>v.<br>PORSCHE CARS NORTH AMERICA, INC.,<br>Defendant. | Case No. 3:26-cv-08480-CRB<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: September 2, 2026

CHARLES R. BREYER
United States District Judge